**Brandon HAYNES, Petitioner–Appellee,**

v.

**Burl CAIN, Warden, Louisiana State Penitentiary, Respondent–Appellant.**

**No. 00–31012.**

United States Court of Appeals, Fifth Circuit.

March 4, 2002.

Henry Clay Walker (argued), Walker, Tooke & Lyons, Shreveport, LA, for Petitioner–Appellee.

---

Catherine M. Estopinal, Asst. Dist. Atty. (argued), Shreveport, LA, for Respondent–Appellant.

ON PETITION FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER, DENNIS and CLEMENT, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.